IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AMERICAN FOODS GROUP, LLC, a Delaware limited liability company; and GIBBON PACKING, LLC, a Delaware limited liability company, <br><br> Plaintiffs, <br><br> vs. <br><br> IRSIK EQUITIES, LP, a Kansas partnership; and LAMBRECHT LIVESTOCK TRUCKING, INC., a Minnesota corporation, <br><br> Defendants. | 4:24CV3060 <br><br> ORDER SETTING BRIEFING SCHEDULE ON JURISDICTIONAL ISSUES |

This case is before the Court after a telephonic hearing on Plaintiffs' Motion for a Temporary Restraining Order on March 29, 2024. *See* Filing 14 (text minute entry). The Motion for Temporary Restraining Order has now been withdrawn. *See* [Filing 16](#). However, at the telephonic hearing, the Court raised a number of potential jurisdictional issues that must be resolved before this case can go forward, although those issues can now be addressed on a more normal briefing schedule. The parties are also reminded that they must timely comply with the Clerk's Notices for Corporate Disclosure Statements, Filing 5 and Filing 6, and with Federal Rule of Civil Procedure 7.1 for such Corporate Disclosure Statements for the Court to be properly informed of the parties' citizenship and the citizenship of any entities whose citizenship is attributed to the parties for jurisdictional purposes. Accordingly,

IT IS ORDERED that

1

1. Defendants shall have to and including April 22, 2024, to file an appropriate motion and supporting brief, either jointly or separately, concerning jurisdictional issues and any other Rule 12(b) grounds for dismissal;

2. Plaintiffs' counsel shall have to and including May 13, 2024, to file a brief in opposition or response; and

3. Defendants shall have to and including May 27, 2024, to file any reply.

Dated this 1st day of April, 2024.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge