IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| AMERICAN FOODS GROUP, LLC, a Delaware limited liability company; and GIBBON PACKING, LLC, a Delaware limited liability company,<br><br>                   Plaintiffs,<br><br>     vs.<br><br>IRSIK EQUITIES, LP, a Kansas partnership; and LAMBRECHT LIVESTOCK TRUCKING, INC., a Minnesota corporation,<br><br>                   Defendants. | 4:24CV3060<br><br>**ORDER ON MOTION TO WITHDRAW DOCUMENTS** |

This case is before the Court on Plaintiffs' Motion to Withdraw Without Prejudice Plaintiffs' Motion Temporary Restraining Order and Preliminary Injunction and Motion for Expedited Consideration. Filing 16. Plaintiffs explain that they withdraw without prejudice their Motion for Temporary Restraining Order and Preliminary Injunction and Request for Oral Argument, Filing 2, and Motion for Expedited Consideration of Motion for Temporary Restraining Order and Preliminary Injunction, Filing 3, both filed on March 28, 2024. The Court notes that it scheduled and conducted a telephonic hearing on this matter on March 29, 2024 at 2:30 p.m. but continued the hearing as the parties addressed matters discussed in the hearing. The Court agrees that withdrawal of these documents is appropriate. Accordingly,

IT IS ORDERED that Plaintiffs' Motion to Withdraw Without Prejudice Plaintiffs' Motion Temporary Restraining Order and Preliminary Injunction and Motion for Expedited Consideration, Filing 16, is granted. Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction and Request for Oral Argument, Filing 2, and Motion for Expedited Consideration of

1

Motion for Temporary Restraining Order and Preliminary Injunction, Filing 3, are deemed withdrawn without prejudice.

    Dated this 2nd day of April, 2024.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge
